# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

v.  Crim. No. 7:17-CR-10-1H

MELISSA PARKS LOWERY

On February 19, 2016, the above named was placed on probation for a period of 48 months. The offender has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

> I declare under penalty of perjury that the foregoing is true and correct.
>
> /s/ Eddie J. Smith  
> Eddie J. Smith  
> Supervising U.S. Probation Officer  
> 150 Rowan Street Suite 110  
> Fayetteville, NC 28301  
> Phone: 910-354-2537  
> Executed On: November 8, 2017

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this 9th day of November 2017.

Malcolm J. Howard  
Senior U.S. District Judge